IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:26-cr-00193 |
| | ) | |
| | ) | JUDGE EVANS |
| KENYON BLACKMAN | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Braden H. Boucek, United States Attorney, and Brian Enright, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter.

In this case, the Defendant is charged with a conspiracy involving the transfer of thirteen firearms with knowledge or reasonable cause to believe that the firearms would be used to commit a crime under the Export Control Act of 2018, in violation of 18 U.S.C. § 924(h). The Defendant is also charged with two counts of knowingly transferring firearms with knowledge or reasonable cause to believe that the firearms would be used to commit a crime under the Export Control Reform Act of 2018, in violation of 18 U.S.C. § 924(h). And the Defendant is charged with three counts of dealing firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A).

Federal law states that "the judicial officer *shall* hold a hearing to determine whether any conditions or combination of conditions . . . will reasonably assure . . . the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves . . . any felony . . . that involves the possession or use of a firearm." 18 U.S.C. § 3142(f)(1)(E) (emphasis added). The Indictment in this case charges

the Defendant with criminal offenses involving the possession or use of a firearm. Therefore, a detention hearing is statutorily authorized based on the charged offenses. *Id.*

Further, the United States submits that the alleged offenses involve the illegal sale of firearms and there is a legitimate danger to the community if the Defendant is released. The United States submits that at a hearing in this matter, it would establish that the Defendant sold multiple firearms to an undercover ATF agent without a license, and that he knew or had reasonable cause to believe those firearms were going to be used to commit a crime under the Export Control Reform Act of 2018, namely, that the firearms would be unlawfully transported into Mexico.

Based on these aforementioned facts that the United States intends to show at the hearing in this matter, the United States respectfully submits that "no condition or combination of conditions will reasonably assure the appearance of the person and the safety of any other person and the community." 18 U.S.C. § 3142(e)(1).

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

By:

*/s/ Brian Enright*
BRIAN ENRIGHT
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151